David M. Estes (Attorney # 034532011)
**MAZIE SLATER KATZ & FREEMAN LLC**
103 Eisenhower Parkway
Roseland, NJ 07068
T: (973) 228-9898
F: (973) 228-0303
E: destes@mazieslater.com

*Co-Counsel for Plaintiffs & Putative Class*

Brian R. Morrison (Attorney # 020042012)
Ariana J. Tadler (Attorney # 029331992)
**TADLER LAW LLP**
One Penn Plaza, 36th Floor
New York, NY 10119
T: (646) 924-1040
F: (212) 868-1229
E: bmorrison@tadlerlaw.com
E: atadler@tadlerlaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHONDA BOMWELL and LARRY SITES; individually, and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>  v.<br><br>BAYER HEALTHCARE LLC, f/d/b/a Bayer Animal Health Division; BAYER U.S. LLC, f/d/b/a Bayer Animal Health Division; BAYER CORP.; ELANCO ANIMAL HEALTH, INC., a/k/a PetBasics; ELANCO U.S., INC., a/k/a PetBasics; and ABC CORPS. 1 – 100,<br><br>        Defendants. | No. _____<br><br><br><br><br><br>**CLASS ACTION COMPLAINT & JURY TRIAL DEMAND** |

Plaintiffs Rhonda Bomwell and Larry Sites bring this action against Defendants Bayer HealthCare LLC, Bayer U.S. LLC, Bayer Corp. (collectively "Bayer"), Elanco Animal Health, Inc. and Elanco U.S., Inc. (collectively "Elanco"), by and through their attorneys, individually and on behalf of all others similarly situated ("Class Members"). Allegations in this Class Action Complaint are based upon Plaintiffs' experiences, investigation of counsel, and/or information and belief. Plaintiffs allege as follows:

## INTRODUCTION

1.     On June 1, 2020, Plaintiff Rhonda Bomwell went to her PetSmart in New Jersey, and purchased a Seresto flea and tick collar for Pierre, her Papillon service dog. One day and a half later, Pierre had a seizure and stopped breathing. Despite Rhonda's CPR efforts and an urgent trip to the hospital, Pierre died at the young age of nine.

2.     Rhonda's story is not isolated. Rather, Seresto flea and tick collars—one of the best-selling pet collars in the country—have been associated with tens of thousands of pet injuries and approximately 1,700 pet deaths. Until recently, Defendants Bayer Healthcare LLC, Bayer U.S. LLC, Bayer Corp., Elanco Animal Health, Inc., Elanco U.S., Inc., and ABC Corps. 1 – 100 (collectively "Defendants") hid that information from consumers.

3.     Since Seresto collars were launched in 2012, the U.S. Environmental Protection Agency ("EPA") has received reports of approximately 1,700 pet deaths and more than 75,000 other incident reports—all linked to the collars. In fact, those reports included 1,000 incidents of human injury. According to one retired EPA employee, Seresto flea and tick collars "have the most incidents of any pesticide pet product she's ever seen."[1]

4.     At no point have Defendants disclosed this information to consumers, and the collars remain a top-selling pet collar in New Jersey and across the United States. Collectively, Seresto collars have resulted in hundreds of thousands, if not millions, of dollars in medical damages for pet owners. Plus, millions of consumers—including Plaintiffs—overspent or would not have purchased these expensive collars had they known about the health risks to their pets. Plaintiff Larry Sites, for example, has purchased several Seresto collars, but if he had been aware of the true risks, such as those disclosed in the EPA

---

[1]     Hettinger, *Popular flea collar linked to almost 1,700 pet deaths*, USA Today (Mar 2, 2021), available at www.usatoday.com/story/news/investigations/2021/03/02/seresto-dog-cat-collars-found-harm-pets-humans-epa-records-show/4574753001/ (last accessed on Apr. 14, 2021).

reports, Mr. Sites would never have purchased the collars.

5.      Even worse, according to a senior scientist at the Center for Biological Diversity—an expert on pesticide regulations in the U.S.—the reported deaths and injuries are "just the tip of the iceberg."[2] "Most of the time, people are not going to make the connection or they're not going to take an hour or so out of the day and figure out how to call and spend time on hold."[3]

6.      Defendants have had no interest in warning consumers because Seresto pet collars accounted for more than **$300 million in 2019 revenues alone**. Seresto pet collars are an enormous business segment, and consequently, Defendants have refused to make the product safer or warn consumers about the potential risks. Plus, while Defendants sell Seresto collars as "veterinarian medicine," this is a misnomer. The collars are full of toxic pesticides that have harmed—and even killed—pets.

7.      This Class Action Complaint is brought on behalf of Plaintiffs and others similarly situated who were damaged because of Seresto flea and tick collars. Some consumers—like Mrs. Bomwell—suffered the loss of a loved pet. And others, after the disclosure of so many safety issues—want their money refunded since they never would have purchased the collars in the first place.

## JURISDICTION & VENUE

8.      This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. §§ 1332(d)(2) and (6) of the Class Action Fairness Act of 2005 ("CAFA") because: (i) there are 100 or more class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least

---

[2]      *Id.*

[3]      *Id.*

one plaintiff and one defendant are citizens of different states.

9.      This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

10.     Venue is proper in this judicial district, pursuant to 28 U.S.C. § 1391, because Bayer maintains headquarters in Morris County, New Jersey, and also Plaintiff Rhonda Bomwell is a resident of New Jersey.

11.     Each Defendant transacts business in the District of New Jersey, is subject to personal jurisdiction in this district, and therefore is deemed to be a citizen of this district. Additionally, Defendants have advertised and sold Seresto flea and tick collars for dogs and cats ("Class Products")[4] in this district and have received substantial revenue and profits from their sales of the Class Products in this district. Bayer HealthCare is headquartered in New Jersey and imported the Class Products from Germany.  Therefore, a substantial part of the events and/or omissions giving rise to the claims occurred, in part, within this district.

12.     This Court has personal jurisdiction over Defendants. The Bayer defendants' corporate headquarters are located in Whippany (part of the East Hanover Township), New Jersey. As such, Defendant conducted substantial business in this judicial district, and intentionally and purposefully placed Class Products into the stream of commerce within the District of New Jersey and throughout the United States.

## THE PARTIES

13.     Plaintiff Rhonda Bomwell is a New Jersey citizen and resident who purchased a Seresto flea and tick collar in New Jersey primarily for personal or household purposes.

14.     Plaintiff Rhonda Bomwell owned a 9-year-old Papillon service dog, named

---

[4]      The Class Products include the "Seresto Flea & Tick Collar for Dogs, over 18 lbs," "Seresto Flea & Tick Collar for Dogs, up to 18 lbs," and "Seresto Flea & Tick Collar for Cats."

Pierre.  Pierre was a healthy dog.  Mrs. Bomwell purchased Bayer's Seresto collar for small dogs in late May 2020 from PetSmart.  She applied the product in accordance with the product's instructions.  On or about June 1, 2020, Pierre had a seizure, collapsing while Mrs. Bomwell was making dinner.  Lying on his back, the dog stopped breathing and his eyes rolled back.  Mrs. Bomwell gave Pierre CPR, then called 911.  Pierre was rushed to an animal hospital but died before he could receive treatment.  Mrs. Bomwell did not remove Pierre's collar.

15.    Pierre had been wearing the Class Product for less than two days when he died.  On or about June 2, 2020, Mrs. Bomwell reported to Bayer the death of Pierre, a healthy dog, shortly after using the Class Product.  Mrs. Bomwell spoke with a Bayer employee who disclosed that Bayer receives lots of calls regarding the Seresto product and admitted pet-owner to pet-owner that there is a problem with the Class Products. Had Mrs. Bomwell known of the safety risks or that the Seresto collar would cause Pierre's injury and/or death, she would not have purchased the Class Product.

16.    Plaintiff Larry Sites is a West Virginia citizen and resident who purchased Seresto collars for small dogs in West Virginia primarily for personal or household purposes. Mr. Sites used Seresto collars for his two small dogs—Sassy and Holly. Had he known about the health risks and dangerous reports of deaths and injuries, Mr. Sites would not have purchased the Class Products and/or would have paid far less for flea and tick treatment for his dogs.

17.    Defendants Bayer HealthCare LLC, Bayer U.S. LLC and/or Bayer Corporation (collectively "Bayer") maintain(s) corporate headquarters at 100 Bayer Boulevard, Whippany, New Jersey 07981.

18.    From at least March 2012 (if not earlier) to August 2020, Bayer – doing business as "Bayer Animal Health Division" – engaged in commercial activities including design, marketing, import, distribution, sale and/or oversight of the Class Products (and/or components or ingredients thereof) in New Jersey and throughout the United States of America ("USA"). For example, the warning that accompanies the Class Products indicates they were copyrighted by Bayer HealthCare. The labeling of the Class Products indicates they were manufactured in Germany[5] on behalf of "Bayer HealthCare LLC, Animal Health Division." Bayer's 2014 Annual Report indicates that the Class Products are part of Bayer HealthCare's "portfolio." The Bayer entities and divisions function as a single business entity, alter egos, and/or agents of each other.

19.    Defendants Elanco Animal Health Inc. and/or Elanco U.S., Inc. (collectively "Elanco") maintain corporate headquarters at 2500 Innovation Way, Greenfield, Indiana 46140. In or about August 2020, Elanco acquired, for $7.6 billion, Bayer's animal health division, including the Class Products (which made Elanco the world's 2nd largest animal health company). Elanco U.S., Inc. is registered to do business in the State of New Jersey (*see* NJ business entity no. 0100691784). From August 2020, Elanco – also known as "PetBasics" – engaged in commercial activities including design, marketing, import, distribution, sale and/or oversight of the Class Products (and/or components or ingredients thereof) in New Jersey and throughout the USA.

20.    Defendants ABC Corp. 1 to 100 are at present unidentified, fictitious entities that consist of, *inter alia*, designers, manufacturers, distributors, and/or retailers of the Class Products. Plaintiffs expect to identify these fictitious defendants during discovery.

---

[5]    The Class Products were, ostensibly, manufactured at a Bayer Group facility in Kiel, Germany. The "Bayer Group" comprises of approximately 291 global companies on five continents, overseen by a management holding company, Bayer AG, located in Leverkusen, Germany.

**TOLLING OF STATUTES OF LIMITATION**

21.    Because the defects in the Class Products could not be detected until after they manifested, and Defendants have denied any defect in their products when contacted by product users regarding adverse incidents, Plaintiffs and the members of the proposed class were not reasonably able to discover the problem, despite their exercise of due diligence.

22.    Plaintiffs and the members of the proposed class had no realistic ability to discern that the Class Products were defective and causing harm.  Therefore, the discovery rule is applicable to the claims asserted by Plaintiffs and the members of the proposed class.

23.    Defendants knew, or should have known, about the defects from the outset after appropriate, and/or reasonable safety studies had been conducted, and/or after they received adverse incident reports through the EPA and/or after product complaints were submitted to retailers/distributors. Yet, Defendants have concealed and/or failed to disclose the dangerous safety defects associated with the Class Products. Plaintiffs and others similarly situated could not have known about the safety issues prior to recent reports in March 2021.

24.    Any applicable statute of limitation has therefore been tolled by Defendants' knowledge, active concealment, and denial of the facts alleged herein.  Defendants are further estopped from relying on any statute of limitation because of their concealment of the defects in the Class Products.

**FACTUAL ALLEGATIONS**

25.    In or around March 2012, Bayer began importing, distributing, marketing and selling the Class Products in New Jersey and across the USA.

26.    Since 2012, defendants have sold 25 million Seresto collars in the USA.

27.    Seresto collars are currently sold for approximately $60 for one collar, or $108 for a two-collar package.

28.    The Class Products have been quite lucrative for Defendants.  For example, in 2019 Bayer reported revenues exceeding $300 million for Seresto.  Bayer's 2018 annual report indicates Bayer was "focusing on maximizing the continued growth of the innovative Seresto collar," noting it was one of Bayer's "best-selling animal health products" with +28.5% growth in sales.  In 2016, Bayer reported +55.4% growth in Seresto sales.  Similarly, in the fourth quarter of 2020, Elanco earned $64 million from the sale of this product.  Elanco claims that Seresto is the "#1 selling non-prescription flea and tick brand."

29.    In marketing the Class Products, Defendants conveyed to Plaintiffs and the class that they could be safely used without individualized consultation with a veterinarian, for example, by advertising: "**no prescription required**," www.petbasics.com/our-products/seresto/,    "**vet-recommended**,"    www.petbasics.com/our-products/seresto/#additional-resources, and various marketing videos featuring veterinarians promoting the Class Products.

30.    Seresto products are intentionally marketed directly to consumers. For example, Elanco's website states that pet owners who lack professional veterinary knowledge can obtain "the information you need about this product" from Elanco's website, claiming Seresto was subject to a 2014 "in-clinic experience trial" by which veterinarians recommended the Class Products:



**Veterinarian Responses**
- 97% of veterinarians were satisfied or very satisfied with Seresto® for dogs or cats after 8 months (Dogs n=32, Cats n=27)[1]
- 94% of veterinarians were likely or very likely to recommend Seresto® for their dog or cat patients (Dogs n=32, Cat n=28)[2]

*See* www.elancodvm.com/our-products/seresto/seresto-dogs#section-Concerns.

31.     However, the "study" touted on Elanco's website was not a genuine trial of clinical significance as Defendants merely assessed "satisfaction" over an 8-month period. And those veterinarians and participants were compensated for participating in the "study."

32.     Defendants' marketing also misleadingly conveys that the Class Products function without entering a pet's body, stating that the "active ingredients spread from the site of direct contact **over the skin surface**," www.petbasics.com/our-products/seresto/#additional-resources (emphasis added), or implying that Seresto provides "nonsystematic protection," unlike oral products that enter a pet's bloodstream:



**Systemic vs. nonsystemic protection**

With oral preventives, active ingredients are ingested into the bloodstream and require fleas and ticks to bite to die. But the nonsystemic protection of Seresto® distributes them across the coat and skin — so fleas and ticks don't have to bite your pet to die.

*See* www.petbasics.com/our-products/seresto/.

33.     Defendants also emphasized the importance of the "**Bayer Polymer Matrix**." Ostensibly, this patented "continuous release technology" is used by Defendants to "ensure[]"

that both active ingredients are slowly and continuously released in low concentrations from the collar towards the animal."  Defendants knew or should have known that their statements and conduct caused the public and consumers to believe that the design of the Class Products made pesticide overdosage and/or overexposure unlikely, demonstrated for instance, by the following exchanges involving Defendants' distributor Chewy, who sold the Class Products:

After 8 months when you remove the collar, how long do you need to wait before you can put on a new flea collar?

3 👍   Due to Seresto's low-dose, controlled-release technology, a new collar can be applied immediately.
       By chewy on Feb 6, 2019 | Report ⚐

* * *

Is this safe to use on dogs around a toddler as long as the toddler does not play with the collar?

9 👍   The active ingredients in Seresto® are released in low concentrations from within the collar to the pets skin. As long as the child is not handling the collar it will be
       safe for them to be around the pet.
       By chewy on Nov 7, 2018 | Report ⚐

* * *

Can I remove the collar during the night? Our dog sleep with us in bed.

12 👍  There is no need to remove the Seresto Dog Flea and Tick Collar at night even if your pet is sleeping with you. The collars have been rigorously tested to be sure they
       are safe for pets and people.
       By chewy on Jul 7, 2019 | Report ⚐

34.     Defendants also advertised that their ingredients work in combination as a unique, synergistic product.  The labeling and package insert for Seresto indicate the active ingredients of imidacloprid (10%) and flumethrin (4.5%). Imidacloprid is a member of the neonicotinoid class of insecticides, targeting fleas.   Flumethrin is a synthetic pyrethroid insecticide, targeting ticks.

35.     In marketing the Class Products, Defendants claim that "[f]lumethrin **works together** with imidacloprid to provide **dual action** against fleas and ticks.  No other product has this **combination** of ingredients" and that "[s]tudies show that fleas and ticks are highly susceptible to the **combination** of imidacloprid and flumethrin found in Seresto."   *See* www.petbasics.com/our-products/seresto/#additional-resources (emphasis added). The Class Products' "unique pharmacological synergism" results in increased toxicity.  On information and belief, Defendants were aware of the increased toxicity since the collars' introduction in

2012.

36.     Significantly, during the relevant time period, the Seresto collar is the only end-use product in the nation that uses flumethrin, according to the EPA.  The Bayer Group's CropScience Division developed flumethrin in the 1980s; it was intended for use with livestock, such as cattle (*e.g.*, Bayticol, Bayvarol).  However, in or about 2003, Bayer sought to expand the market for its flumethrin, and began developing applications for dogs (*e.g.*, the Kiltix collar).  The Kiltix collar only used 2.25% flumethrin (in combination with propoxur); by contrast, the Seresto collar uses approximately double the amount of flumethrin (4.5%).

37.     Intoxication of flumethrin, though, can affect the nervous and muscular systems.

38.     Defendants have represented that they "thoroughly test[ed] Seresto, **including its active ingredients and collar components**, as part of its development for registration in the U.S. and approval globally" and also that defendants "closely monitor Seresto continuously to ensure its performance."  *See*  www.petbasics.com/our-products/seresto/ (emphasis added).  Defendants have conveniently hidden the tens of thousands of safety incident reports from consumers.

39.     At any rate, Defendants seemingly never engaged in any independent testing of the collars, but rather employed company-controlled studies (for example, through former-Bayer employee and current-Elanco employee, Dorothee Stanneck, DVM).  The publicly available studies of the Class Products make no effort to address long-term use.  They fail to address: the effect of repeated use of the Class Products on pets, beyond the initial eight months; the effects of long-term exposure to 4.5% flumethrin, especially in connection with imidacloprid; or the effects of the Class Products on different breeds of pets, particularly on

smaller dogs.

40.    Further, Defendants' claim that they closely monitor adverse incidents is entirely contradicted by their complete and utter silence for years despite tens of thousands of complaints. For example, the EPA Office of Pesticide Programs Incident Data System indicates that, from 2012 through June 2020, Seresto has been linked to at least 1,698 pet deaths, 3,767 major incidents, 7,743 moderate incidents and 21,439 minor incidents.  The actual number is almost certainly far higher as many consumers simply do not know to report pet deaths or injuries to the EPA.

41.    Separate and apart from the EPA data, Defendants' claim that they closely monitored problems with the Class Products is also inconsistent with numerous consumer reports and inquiries to the retailers distributing Defendants' Class Products. There are numerous non-EPA reports of serious adverse incidents involving the Class Products, of which defendants knew or should have known. For example, users of the Class Products reported to Defendants, directly or via its retailers and distributors, that the Class Products caused pets to suffer seizures, liver failure, an inability to walk, disorientation and aggression, cancerous tumors, severe skin damage, brain damage, severe vomiting, bloody bowel movement, pain and death, including these examples from Amazon, Chewy, PetSmart, Walmart and Petco:

### Amazon

 Hjorrdis

★☆☆☆☆ **WARNING - This collar is extremely toxic to some cats ...**
Reviewed in the United States on June 10, 2018
**Verified Purchase**

WARNING - This collar is extremely toxic to some cats. My cat stopped eating, and by the time I realized it was the collar's fault she had already started liver failure. We are force feeding her to get her back up to snuff. The packaging warns about dermatitis issues, but not at all about the potential for toxins to cause your cat to stop eating. Cats cannot go without eating for long periods of time. Watch your cat VERY CAREFULLY after applying this collar and remove it if you see any signs of odd behavior - lethargy, decreased appetite, etc. It may take her days to recover after removal, so watch CAREFULLY.

*  *  *

 marie

⭐☆☆☆☆ **No consumer warnings about heath toxins.**

Reviewed in the United States on April 3, 2019

**Verified Purchase**

This product was terrible. The toxic chemicals are so powerful that it not only sickened my dog but me too. I also had to through out my bedding and wash the dog beds. I've never been so unhappy with a product. My dog is 15lbs and about 15 years old. I had heard good reviews about this, thinking I would try out but after three days my dog became latargic, started to cough and general sickness. I had coughi, dizziness, and agitated feelings. The smell still lingers , even with the windows open! I did return it and filed a complaint. I've tired to reach Bayer for reimbursement of my bedding but nothing yet. I'm just glad I didn't end up in the hospital.

I wouldn't recommend this product.

\* \* \*



⭐☆☆☆☆ **If I could give a 0 I would, because this collar took my boy from me.**

By Natasha on March 30, 2021

This collar killed my dog a couple weeks ago. After I put the collar on him he began slowing down and his eyes got real puffy. I then decided to take the collar off cus my boy just wasn't his playful self anymore. Within 2 days he was dead.😢 Don't chance this collar.

Images in this review



\* \* \*

 argiope

⭐☆☆☆☆ **Killed my cat?**

Reviewed in the United States on September 16, 2018

**Verified Purchase**

I put this collar on my 14-month old cat. About 10 days later, he died. He had no other apparent issues.

He was an outdoor cat that spent most of his short life hanging out on our deck. He was acquired to deter squirrels and other critters from coming into our garden, which he was quite successful at.

Fleas started showing up on our clothing when on the deck this past summer, so I looked for the best flea collar I could find for my little garden guardian here - and the Soresto seemed like the best.

In his last 24 hours, he just wanted to be in the garage and he didn't eat much of his food. He was meowing a bit more than usual and acted exhausted. This wasn't unusual for a 90-degree summer day.

The next morning, I went out to the garage to run some errands and he was on the door mat - not moving with his mouth open. He was gone.

I cannot prove Seresto killed my cat. But he was happy, healthy and strong prior to his death and the only variable is this collar. Having read the toxicity concerns of other owners, I'm convinced the collar poisoned my cat to death.

\* \* \*

 Fuss Bud

⭐☆☆☆☆ **Insecticides can cause nerve problems**
Reviewed in the United States on June 8, 2018
Verified Purchase

10 days after placing the Seresto collar on my dog, she suffered a neurological problem diagnosed as meningitis of "unknown origin". She temporarily lost the use of her hind legs and vet bills have already exceeded $5,000. Insecticides in the Seresto collar are nerve toxins which Bayer said cannot enter the animal's blood stream from the collar. However, these toxins have affected the nervous systems of rats in scientific studies. Our dog was scratching and biting herself after the collar was on, and before the toxic episode she was groomed with the collar on. Our cat, on the other hand, is doing well with her Seresto flea collar. If your dog is sensitive to medications, consider not using either this collar or other flea medications that contain insecticides. They are not regulated (yet) by the Federal Drug Administration, and there have been thousands of complaints from pet owners to the Environmental Protection Agency. Some flea collars have been taken off the market due to concerns about insecticides affecting children and entering the water system.

\* \* \*

 Anna T.

⭐☆☆☆☆ **LONG BUT PLEASE READ: caused permanent epileptic brain damage**
Reviewed in the United States on December 23, 2016

DO NOT GET THIS PLEASE!!! PLEASE READ MY STORY. It is long but I want everyone to be aware something that Seresto does not warn you about. I am not one to make wild, conspiracy claims about products and just trust scientists and doctors who create medication, so coming from me, this is real.

About a year ago, my parents got this collar for our family dog (not cat but this applies anyways) while I was away at university. When I came home for a break I notice my dog having these strange head tremors randomly where her head would jerk for a few seconds. My parents never noticed it until I pointed it out to them because they don't pay attention to these things, so they couldn't tell me when the head tremors started. We took her to a vet who said they were small seizures, but not dangerous ones, and because they were so small, they didn't warrant anti-seizure medication. He said the risk associated with the medicine could potentially be more harmful than these small and apparently painless seizures, which he claimed were due to old age. I did not correlate it to the flea collar because she is old, and I never was warned of any seizure side effect or anything like that due to just what i thought was a topical flea medicine. And like i said, I wasn't home for the first few months of her having the collar to notice the onset's correlation.

When the collar expired, we took it off. I noticed that the head tremors were occurring less frequently -- most days there wouldn't be any, but they were still happening on occasion and especially during car rides. I still didn't put it together that they were caused by the collar.... until this past week. We noticed fleas on her again and bought a new collar after a few months of no collar. Within 24 hours, the seizures were back and MUCH MUCH worse than normal. The head jerking was violent and frequent and she seemed to be in pain, and during one of them she bit her tongue and it started bleeding. After the tremors stopped, she looked terrified and shocked.

I googled Seresto seizures and it turns out that there are many cases of people reporting seizures and other neurological conditions caused by this medication. I feel terrible because I didn't do any research on it the first time we had the collar. I just assumed that a topical flea medicine was no big deal, but seresto's main ingredient is a neurotoxin called Imidacloprid that messes up the brain functioning of insects, and in some cases: dogs too. \*\*\*I figured it was a pesticide but not a freaking neurotoxin!!!\*\*\*

I called the vet and he backed this up saying that it is possible and he has seen it before in dogs. I feel terrible that I didn't correlate it the first time, but mainly I am FURIOUS that neither the vet nor seresto's warnings say ANYTHING about seizures. The only warnings on the pamphlet say skin irritations and hair loss in the area. Yet it has become very obvious to me and to many other people online who experienced the same thing, that this neurotoxin is a toxin to dogs as well. In the information pamphlet they also use a bunch of different words to describe Imidacloprid avoiding what it actually is: a poisonous toxic brain-altering pesticide. Imidacloprid is criticized as causing the endangerment of bees and frogs... like this is no joke. If I would have known that this is a TOXIN TO THE BRAIN, i would've never purchased it, but i just never would've thought such a thing, and they never call it a neurotoxin in any of their warnings. Its just absurd and nefarious for them to not put any warnings at all about what this pesticide is actually capable of doing. But unfortunately, animal medications have a lot less restrictions than human medications.

The vet said that removal will probably reduce but not cure, because the part of the brain that causes seizures has been altered permanently. I am devastated. It is NOT WORTH IT. PLEASE! Some of the cases online reported medical emergencies near to death because of violent seizures, birth defects, and other serious issues due to Seresto. Fleas are nothing compared to epileptic brain damage and death. Get flea soaps or literally anything else other than something that contains a freaking neurotoxin.

\* \* \*

 Tim S.

⭐☆☆☆☆ **BEWARE!!!**
Reviewed in the United States on June 11, 2020
Verified Purchase

Please beware of this product or for that matter maybe any other flee/tick collars. I have two dogs and saw the high rating on this product and decided to purchase and give a try. The day after receiving this product I placed them (correctly, according to the instructions) on my dogs. Since then, about 5 days after putting collars on, one of my dogs has become deathly sick, she has had uncontrollable diarrhea and now is going on 3 days of not eating anything, I am fearfully that she is not going to make it. My other dog, just starting a day ago, has stopped eating. I took the collars off both dogs yesterday 6.10.2020. This is the only change that has occurred with my dogs, all regular food and water has not changed. I am no scientist, however, the only variable that has changed since both of them being sick, is the fact that I purchased this product and placed it on my dogs. My only hope, beside that my dogs live through this, is that others read this post and DO NOT PURCHASE THIS PRODUCT and DO NOT PUT IT ON YOUR PETS. I feel terrible, because when it comes down to it, it was me that put the freaking collar on my dogs and now there is a very high chance that I will be the one responsible for killing my best friends. I am not looking for a refund, I am only writing this so that others will hopefully use better judgement than I did when deciding to use this product or others similar to it!!!!

Update...Had to put down one of my dogs yesterday 6.15.2020

\* \* \*

 Lou

⭐☆☆☆☆ **Tremors Can Be A Side Effect**
Reviewed in the United States on April 29, 2018
Verified Purchase

I put the collar on my adult male cat and after about 48 hours he starting exhibiting tremors in his head. His head and ears were twitching. Both of the main ingredients in Seresto (Imidacloprid and Flumethrin) list tremors as a possible side effect in addition to a number of other things. I removed the collar and within 12 hours the tremors stopped.

* * *



★☆☆☆☆ **WARNING: Cancer Causing Collar**

By Carolyn K. on March 15, 2019

Please don't risk it! My healthy 8 year old cat developed oral cancer (squamous cell carcinoma) which escalated rapidly and I had to have her euthanized just 4 weeks after she displayed symptoms. Cats who wear flea collars are at least 5 times more likely to develop this deadly and horrifying cancer. I did not know this until it was too late. I truly believe the cause of my girl's cancer was wearing this flea collar. Cats should not be in these things - with the amount of licking they do they are exposed to the toxic pesticides to an unsafe degree. She was unable to groom, eat or drink because the growth under her tongue caused her so much pain. I wish I could go back and never order this collar. I might would still have my sweet girl.

Images in this review

 

* * *

 Randy Bone

★★☆☆☆ **This Collar Almost Killed My Cat**
Reviewed in the United States on August 8, 2018
Verified Purchase

Under the advise of a veterinarian I have been using these collars on my now 17 year-old cat for about two or three years now. But this year after only four months of use she began carrying in fleas so even though it costs a small fortune I replaced the collar early.

About a month after putting the new collar on her she began losing strength in her legs to the point where she was regularly stumbling around and almost falling over. She became weaker and weaker until I ended up taking it off her because I literally thought she was about to die and wouldn't be needing it anymore anyway. She made it through that night and by the very next day she began to recover her strength, and after that continued to get better and better. Now suspecting the collar I consulted a different veterinarian who I had dealt with in the past and trusted, and as soon as I told her what had happened and mentioned the name of the collar she just started nodding her head.

My cat is now stronger and more alert than she has been in years and has stopped sleeping all the time, which I always thought she just did because she was getting old. She's also eating her food with gusto again.

So I am warning you--DO NOT use this product if you have an older pet, and I would seriously advise you to think twice about using it anyway.

* * *

 Tina Carroll

★☆☆☆☆ **Caused Problems with Hind legs//Hip**
Reviewed in the United States on April 24, 2018
Verified Purchase

One week after putting this color on my schnoodle, he started having problems with his hind legs. This progressed until he could hardly walk. removed the collar and took him to the vet. X-rays didn't show anything wrong so he was given pain medication. 5 days later he was fine. One week later I put the collar back on him and he began to have problems again with his hind legs. Took the collar off again and two days later he was fine. My only conclusion is that his problems were caused by this collar. Unfortunately, its passed the 30 days from purchase and I cannot return it. Would love to have my money back.

* * *

Carolyn Seibel

★☆☆☆☆ **Can kill your dog**
Reviewed in the United States on April 5, 2021

This product caused my jog to get a massive cancerous tumor on her neck. She died within a few months. A few weeks ago there was an article on the front page of USA today about how this product is responsible for more than 1700 deaths that have been reported. It's poison.

\* \* \*



★☆☆☆☆ **STAY AWAY FROM SERESTO COLLAR.**

By Rickmans on March 12, 2020

People are rite. My little dog started having seizures so I was told she needs an MRI. I spent $3,300 to have one done and found out parts of her brain are completely gone. I have posted a picture of her MRI so everyone can see for there self. All the white spots except for the two round spots in the middle are missing brain. Since I took off the collar she has had no seizures at all. I did wash her with dawn dish soap to remove any residue from her skin as well. Stay away from these collars. I have spent $22,000 in vet bills so far. I would take this very serious. That's why I added my little ones MRI so you can see the damage this stupid collar has caused.

Images in this review

  

\* \* \*

 Lisa

★☆☆☆☆ **My dog had a seizure from this product.**
Reviewed in the United States on January 21, 2017
Verified Purchase

I have been using this collar on my one year old Toy Australian Shepherd since he was old enough to wear it. Nearing the end of his first collar @ about 8 months it appeared he might have had a flea or two on his body. I thought maybe because the collar had gotten worn too much/was too old - so I immediately purchased a new one and put it on him. About one month into his second collar my dog had a seizure. He was lethargic, stopped breathing, went limp, his tongue went grey.... He is currently recovering. It is apparent there has been something toxic that has effected his brain. With all of this said, I will definitely NOT be purchasing this product again. I should have read more reviews - but trusted the name & professional recommendations I received. I would NOT recommend purchasing this product - too many toxic chemicals.

\* \* \*

 DJM

★☆☆☆☆ **BEWARE**
Reviewed in the United States on May 8, 2018
Verified Purchase

I started using the Seresto Collar for my 115 lb dog because he had reactions to the Trifexis and Nexgard. The first collar worked great, no fleas for about 7 months. Order another one and was very disappointed, didn't seem to work as well. Ordered a 3rd one because I felt I had no choice since the reactions to the oral flea meds. After about 2 weeks after using the 3rd one, I noticed some neurological problems. He was weak in the rear legs, lethargic, had a head tilt to the left and unable to control his BM. At first I thought it was his age, he will soon be 12 years old. I removed the Seresto collar just to see if it was a reaction. I gave him a bath with Dawn dish soap to remove any of the chemicals from the Seresto collar. After 12 hours, he was much improved, after 48 hours he was almost back to normal. I just called the Bayer Company to report what had happened and the rude woman on the phone told me that there was NO WAY the Seresto Collar caused any of the symptoms. Almost like she was shaming me for blaming the collar. Be very careful if you decide to use this collar. I have been searching the internet to see if others have had this problem, there are a lot of the same stories out there, not just mine. BEWARE almost lost my dog with this collar and Bayer will not listen, so guess I am out all that money as well. Google Seresto Collars and hang on for all the nightmare stories.

\* \* \*

katie kehoe

★☆☆☆☆ **Do not buy**
Reviewed in the United States on March 13, 2021

Do not buy. Gave my dog skin cancer malignant around her neck. Needed surgery. Cancer related to chemicals the collars releases. DO NOT BUY.....

| Helpful | | Report abuse

* * *



★☆☆☆☆ **DANGEROUS: This product should not be on the market**

By davereader on August 29, 2019

My cat has been suffering from wounds and sores from severe chemical burns caused by this dangerous product. It is a reaction that some animals suffer from but if you read the reviews here or Google Serento Cat Collars, you will see hundreds of instances of injuries and even death. Some people swear by the collar and have had no problem for years. Then suddenly their pet gets burned. My cat has been treated for a few months now and new sores keep popping up - the vet believes this is because the toxicity is in the cat's bloodstream. I not only do not recommend this product to anyone but I will be doing everything I can to have this product pulled from the market. STAY AWAY!

Images in this review



* * *

 Elizabeth Chaves

★☆☆☆☆ **HIGHLY DANGEROUS Flea and Tick Collar made by BAYER**

Reviewed in the United States on July 13, 2019

Verified Purchase

Had my dogs groomed. Bought a new Seresto Collar and put it on them the following day. Within 12 hours both dogs became lethargic along with episodes of continuous (severe) vomiting and diarrhea. The episodes were so bad that blood began to appear in both the vomiting and diarrhea. I couldn't think of where this all be coming from. They're both indoor dogs that weigh 7 and 6 pounds. The only thing new was putting the Seresto Collar on them, so I thought it would be best to remove the collars, which we did just prior to bringing them into the vet. After being evaluated, they received fluids and meds. While there we learned that another person was in just a few days prior with their dog who had the same symptoms soon after the Seresto Collar was put on him. We left the vet with meds and ~ $500.00 bill. Thankfully both dogs were still alive and were better by the following day. I contacted Bayer to make them aware and to consider taking responsibility for the situation that had occurred. The representative was extremely insensitive to the situation that had occurred telling me that there was no way the Seresto Collar could've been the cause because it's not ingested. She told me that it had to be something else that caused them to get so sick. Regardless of whether ingested or topical the collar has chemicals on it, which caused my dogs acute illness. Bayer took absolutely NO RESPONSIBILITY and worse yet showed no empathy to what we'd experienced. I would HIGHLY RECOMMEND staying away from the SERESTO COLLAR and any other BAYER PRODUCTS.

3 people found this helpful

| Helpful |     Report abuse

 BTaylor

★☆☆☆☆ **Beware of Seizures**

Reviewed in the United States on November 4, 2018

Verified Purchase

Good news.... no fleas..... Bad news..... seizures. I bought this collar May 31, 2018 for my 15 lb Bichon. In September I started noticing her moods change. She would sit frozen and gaze into space and could not move. Then my groomer told me she had an "episode" at the groomers.... like she had "checked out" and not coherent. Then in late September she was playfully walking up the driveway when all of a sudden she froze and collapsed. Kept trying to stand up and could not. I grabbed her in my arms to take her inside the house. I sat her down and she walked off as if nothing happened. I called my vet and they dismissed anything I tried to tell them. She has had 3 more seizures that I know of to date. She also started to pee in bed. I know that the seizures that I have witnessed coincide with the bed peeing. I believe that after her seizures she cannot control her bladder. Going to have to find another way to keep the fleas at bay..... Can no longer put this on my dog.

* * *

 Sharon Goodson

★☆☆☆☆ **CAN MAKES DOGS VERY VERY ILL!**

Reviewed in the United States on April 24, 2020

Verified Purchase

My 2 dogs got sick from these collars within 48 hours. 3 YO Shih Tzu recovered in three days. 14 YO maltese pooped straight blood for 30 hours and throwing up. Still sick, not eating, will drink water on 4th day since started. I took collar off maltese and bathed well. I had previously used the collars and they are good but will never ever ever put another flea collar on my dogs. Will updated if maltese recovers. I googled and many people had same problem and had to put their dogs down. Bayer is aware of problem but keep selling at exorbitant rates for the collars.

\* \* \*



**Dog had massive hives after three days of use which ...**
By Amazon Customer on September 6, 2016

Dog had massive hives after three days of use which were discovered upon returning from dinner. Please make sure to monitor your dog everyday preferably during the morning and evening to determine if they will experience any side effects. I was skeptical after reading other posts which is why I was continuously monitoring. The customer service representative for Seresto was professional in all regards. The company offered a reimbursement on the product. Medical services are reimbursed on a case by case basis. Make sure you save all contents of the packaging, as you will need these numbers when calling the number on the back of the tin can. Our dog had just went to the vet with a clean bill of health. Seresto requested medical records for any form of reimbursement related to medical expenses.

Images in this review



\* \* \*

 sarah warda

⭐☆☆☆☆ **ALMOST KILLED MY DOG - DO NOT BUY!!**
Reviewed in the United States on May 15, 2020
**Verified Purchase**

I only wish I had done more research and read reviews before I purchased. After wearing the collar for 10 days, my dog suddenly began twitching and convulsing, became very disoriented and erratic, and kept leaning his head back and waving it slowly side to side. He could barely walk and his tongue moved oddly like had suffered a stroke. Thankfully I was present for his traumatic neurological episode and brought him to an animal hospital immediately. The only thing that has recently changed in his routine was the Seresto collar, his first time wearing one. I started doing research, and discovered thousands have reported seizures and even death from the use of these collars. I removed the collar immediately in his condition improved. Within hours he was able to walk again, after 24 hours he finally ate and drink water, and after 48 hours was able to close his eyes fully and sleep, which he hadn't done since the episode. Read the reviews, this is NOT a safe product.

\* \* \*

 Jennifer Theobald

⭐☆☆☆☆ **Caused Emergency vet visit**
Reviewed in the United States on June 27, 2020
**Verified Purchase**

These irritated my dog's necks causing them to break out in hot spots and get a bacterial infection. We ended up needing to find emergency vet care in Missouri and had to pay the vet bills there along with the cost of a different tick prevention treatment. When I called my vet at home they said that they definitely don't recommend them because of how nasty they are.

\* \* \*

 Robert B.

⭐☆☆☆☆ **GAVE MY DOG A SEIZURE!!!**
Reviewed in the United States on July 14, 2020
**Verified Purchase**

My dog has been doing perfectly fine and then this past friday I put the new collar on him. Last night, he had 2 seizures at 915pm and then another while at the 24 hour Vet Emergency Room! He had to have an IV and blood work done, multiple tests, the whole thing. After someone asked if I recently changed his flea collar I started doing research and turns out I'm not the only one who's dog has had a seizure because of their collar! And even the Vet Neurologist said they have heard of cases using this collar for flea prevention causing seizures! I finally picked up my dog 22 hours later and now I've got a $1,500 vet bill to pay because of this stupid collar! Do your research people! Because you can bet for dang sure this company will not reimburse me for my vet bill! I'll be lucky just to get my $90 back. DO NOT BUY THIS COLLAR!

\* \* \*

 **bouviermom**

⭐☆☆☆☆ **Made my poodle deathly ill**

Reviewed in the United States on July 6, 2020

Verified Purchase

Be very careful with this collar. My poodle had a VERY bad reaction to it. She got deathly ill lucky I put 2 and 2 together and realized she started getting sick when I put the collar on her. Bayer needs to have sizes for different size dogs. I believe she was getting too much of the medicine. Since my German Shep is on his 2nd collar and is fine with it. I absolutely believe she was being poisoned by getting to much of the medicine to protect for the fleas and ticks. So be very careful. Especially with small to mid size dogs. My poodle is about 45 lbs a small standard. My shep is 115lbs., they should not be getting the same dosage.

\* \* \*



⭐☆☆☆☆ **Do not recommend this collar to anyone.**

By Chelsea Sadowski on May 6, 2018

I would do ZERO stars if that was an option. I had this collar on my cat for 4 days, it was loose enough to easily spin around and fit 2 fingers between the collar and her skin. This morning she was acting odd so I started checking her out and realized that the collar has totally irritated her skin and taken a significant amount of hair off! Her skin is raw bloody and irritated. We cut off the collar and I'm taking her to the vet tomorrow. I do not recommend this collar for anyone!

Images in this review

 

\* \* \*

 **pearcesal**

⭐☆☆☆☆ **Shih Tzu has bad reaction to Seresto collar**

Reviewed in the United States on May 12, 2017

Verified Purchase

Put this collar on my 10 pound Maltese and 14 pound Shih Tzu in May 2016. Within 3 days the Shih Tzu was laying in his bed all day whining and everytime I picked him up he would cry out, as if he was in pain. Well, 2 vets later and a visit to an emergency animal hospital he was no better. All the vets assured me that it wasn't the collar, so I believed them and kept it on. Blood work was done, X-rays were taken, medications prescribed. Two rounds of steroids. This went from May to July. I was told next step was an MRI (thousands of dollars). Decided to take the collar off and bathe him, within 2-3 days he was back to normal. I still thought it wasn't related to the collar and was just a coincidence. So, this May I bought the collar again. Put it on both dogs, the Maltese is fine. Three days with the collar on the Shih Tzu is going crazy, running around the house, panting, whining. Can't calm him down, give him Benadryl. Still crazy. I get an idea... take the collar off, bathe him AND by the next morning he is back to normal!!!! Called my Vet and Bayer and was told he must be allergic to an ingredient in the collar.

\* \* \*

 **Rex Kramer**

⭐☆☆☆☆ **Made both of our pets very sick**

Reviewed in the United States on October 5, 2016

Verified Purchase

I wrote a previous review regarding our cat and forgot to follow up with the same collar on our small dog. Pretty much the same effect on both animals. Within two weeks, no more fleas, with the tradeoff being a dog that is constantly vomiting.

Huge waste of money on a product "highly recommended" by both our vet and groomer. If you want no fleas and possibly a dead pet, this is the product for you!

\* \* \*

 **Jourdan**

⭐☆☆☆☆ **0/10 Dangerous product health wise- allergic reactions in every animal we used them on.**

Reviewed in the United States on August 20, 2020

Verified Purchase

Please be cautious of using these collars, we had a terrible expirence.

My mom and I both purchased sets of these collars, for dogs and for cats using the appropriate species specific sets, as flea prevention. Both households have dogs and cats. In total we spent close to $150 dollars each and subscribed to auto renew the purchases due to the really great reviews.

The first 2 days they seemed to work really well! We found some dead fleas on the dogs after they came in from outside and no living fleas anywhere. Day 3 my moms Labrador began itching himself constantly- mostly around his neck and back. Hes older with some food allergies so we at first thought he got into something (as hes notorious for eating trash and sneaking cat food) and did not connect it to the collar. We kept an eye on him and over night he developed large weeping sores everywhere the collar touched as well dry itchy spots along his back and chest. Those spots later developed into sores and the poor guy was miserable. Knowing he's prone to allergies we removed his collar and bathed him/treated the sores but left the collars on Every one else as they didn't react similarly and chalked it up to being a fluke due to his pre existing allergy problems.

That was, however, not the case. Over the next 3 weeks everyone we put a collar on began digging/scratching themselves raw (4 dogs, 7 cats total between both houses). My oldest cat developed large weeping sores everywhere the collar touched and she did not previously have a history of allergies. Ive used collars on her in the past and she never had a reaction. She lost the fur around her neck (as of now about 2ish months later its still not grown back) and had a decreased appetite as well as becoming very lethargic. 2 other cats developed bald spots and sores on their necks where their collars touched while the rest continued to develop bald spots/red and itchy skin.

I have two daschunds and at the same time that we discovered the balding/sores on the cats, my male daschund very suddenly developed Hemoragic Gastroenteritis. He previously had a clean bill of health but very suddenly became extremely lethargic, refused food and water, was vomiting and had bloody, jelly like stool. Wednesday night he went to bed fine, ate dinner and was playful. Thursday morning he refused breakfast, and by that afternoon/early evening he wouldn't move, eat, drink and his stool was entirely bright red blood. We removed all collars and rushed him to the emergency vet clinic- closest one being almost 2 hours away from us. He was hospitalized over night and required 3 more back and forth trips and an extensive medication regimen before he was finally on the mend.

Speaking to the emergency veterinarian she could not 100% say that the collar caused the condition, as the condition itself is still largely unknown and seems to have many triggers. However she said allergies and allergic reactions have caused or triggered gastroenteritis before. Other causes can be parasitic infections, food allergies/intolerance, infections, certain viruses and exposure to certain chemicals. So while they could not 100% confirm the collar contributed to his health emergency they could not 100% rule it out either. He did not have parasites, any food changes or viruses at the time of his admittance. After a steep 2k vet bill and money for gas back and forth my dog thankfully seemed to make a full recovery and is doing well.

My other dog expirenced some thinning fur on her neck but no sores or other health conditions. My moms other dog, a terrier, expirenced very red, painful and inflamed skin. He itched himself relentlessly but thankfully did not develop sores. Although he did seem to have a brief rash along his stomach and legs. This rash resolved shortly after removing his collar and routinely applying dog safe rash cream.

In addition to the multiple allergic reactions and possibly related health emergency, the collars did not seem to work after a week. The dogs would come in from a walk or playing outside and we'd find several live fleas on them a piece. We live in an area where fleas have been horrible this year but its like after an initial week of success the fleas were suddenly immune to these collars. If you already have a flea infestation these collars will do nothing for you, they barely worked for prevention purposes alone.

Over all, I urge anyone looking into using these collars to either try a different product all together or keep an extremely close eye on your pets and observe for an allergic reaction. I know every pet is different and every pet may have an allergy to a different flea med/preventative because they are essentially bug poison. But for a product meant to be used on animals we had way too many allergic reactions occur one right after the other and something is not right with either the entire product or at least the batch we received. During the time we used the collars we had no other changes happening that could have caused reactions. There were no food changes, all our animals were previously very healthy, only one animal (the Labrador) had a history of allergies and sensitive skin, there were no environmental changes, no new treats, no new shampoos/changes in bathing or anything else we could think of that would contribute to these reactions.

In addition, the timing of my dogs sudden health emergency was extremely suspect. I can't with 100% confidence solely blame the collar, but I find it strange that a year old puppy with no parasites or pre existing health concerns or exposure to toxic substances would suddenly, in a matter of days, decline to the point of requiring a hospitalization.

My family and I have unsubscribed and will personally not be using this brand of flea control again. It was a miserable, and very expensive, expirence for us and our pets that in the end did absolutely nothing to prevent or kill fleas.

Please be very careful if you choose to use this product and monitor your pet very carefully in case they too expirence an allergic reaction or other health condition.

* * *

 Justine Coleman

⭐☆☆☆☆ **Severe Neurological Reaction...**
Reviewed in the United States on January 3, 2018
**Verified Purchase**

The good news was that my dog had no fleas. The bad part...my dog started experiencing very severe neurological symptoms about 8 weeks into use of the collar. We initially did not think it was the collar. The started knuckling a lot while she was playing and would lose her footing easily while running. This was very out of the norm for her. Then she would be walking and her two back legs would just go out and she could not get up. She was unable to jump on the bed or the couch and had to be picked up. She would have random severe muscle spasms while laying down. We took the collar off and went to the vet, who was very concerned. Thank goodness all of her blood work was good and there was no kidney or liver issues or detected cancer. It took about 5 months before she was back to more normal. Her one back leg still doesn't seem to be the same, but she is alive. If your dog starts experiencing any of the above mentioned symptoms, take off the collar immediately. I wish I had never bought this. I believe it almost killed my dog.

* * *

 Chrissy G

⭐☆☆☆☆ **Poisoned my dog**
Reviewed in the United States on April 19, 2020
**Verified Purchase**

55 lb dog. My dog wore this for a few days. Went from being a healthy happy energetic dog to lethargic, vomiting, struggling to poop then diarrhea. Constantly sleeps, won't eat or drink, has to see the vet tomorrow morning. I couldn't get the collar off so I cut it off. I've had my dog for 6 years, and he's precious to us. Now he's poisoned from this damn collar. Never again. Shame on this company. This is happening far too often.

UPDATE: confirmed from vet this collar was poisoning my dog and had I left it on it could have killed him. It was shutting his organs down and causing a severe intestinal blockage. What scares me is that I have a toddler that snuggles our dog and what could this collar have done to my child!?!? This product is not safe. I'm angry I bought it. Waste of money.

* * *



⭐☆☆☆☆ **don't poison your dog with this product**
By I Sing to Yahuah on August 30, 2017

product burned my dogs neck within 3 days. he was scratching his face a lot day 2, we thought maybe it's allergies to rag week. day 3 he started walking slowing, staggering and exhibiting odd behavior. he wouldn't shake his head and yiped when we touched him. then i noticed a bloody wound under the collar that night. the pesticide had burned the skin and hair away and was sending poison directly into his system. because i waited to use it after the flea medication wore off a couple weeks later i've not only lost $50 I now have a sick dog.

Images in this review



* * *

 PATRICIA J JOHNSON

⭐☆☆☆☆ **DON'T USE WILL INJURE YOUR DOG.**
Reviewed in the United States on November 25, 2016
**Verified Purchase**

I PURCHASED THIS COLLAR FOR SMALL DOGS AND WITHIN 3 WKS. MY DOG HAD A SEIZURE, BECAME VERY LETHARGIC, AND HAS SINCE SUCCUMBED TO THE TOXIN POISON WITHIN HER BLOOD. SHE HAD TWO SEIZURES WITHIN A MONTH, LOST HER MOBILITY, HAD HER BARK CHANGED, AND FINALLY IT EFFECTED HER NERVOUS SYSTEM. MY DOG WAS A 3 YR OLD CHIHUAHUA AND SHE EXPERIENCED ALL OF THE POSSIBLE RECORDED SIDE EFFECTS. BAYER COMPANY HAS AGREED TO PAY PART OF THE $1600.00 PLUS FOR THE VET BILLS AND IMMEDIATELY AGREED TO REFUND MY FLEA COLLAR PRICE AND THE VET BILLS. CHECK OUT THE "SIDE EFFECTS FOR SERESTO FLEA AND TICK COLLAR". YOU WILL BE SHOCKED. IT DOES NOT EFFECT ALL DOGS BUT MORE THAN LESS ARE EFFECTED (BURNS THE NECK ON THE DOGS). HARMFUL FOR CHILDREN IF THEY TOUCH IT AND PUT THEIR HANDS IN THE MOUTH. READ THE REVIEWS.

* * *

C. Skipper

⭐☆☆☆☆ **No more messy drops or sprays, so far I love this collar! - UPDATED!**
Reviewed in the United States on April 10, 2016
**Verified Purchase**

I have been very pleased with the collar. It is easy to use and adjust to fit, no messy drops to spill or have your pet rub them off onto the carpet or furniture. Ginger has had no negative reaction other than a little hair loss around her neck which was listed as a side effect but may just be part of her seasonal shedding. No sign of fleas or ticks on her at all, and the ticks have been particularly bad this year. Hopefully it will be just as effective in the summer months when the flea population typically explodes in the neighborhood.

Update 4/24/16: After wearing the collar for approximately 2 weeks, Ginger began to display signs of lethargy, hair thinning first at the neck then all over, loss of appetite, stumbling, thick discharge from eyes, then vomiting and diarrhea. Immediately removed the collar and bathed her in Dawn detergent, washed all of her bedding and her regular collars. Took her to the vet who treated her for mild shock and dehydration, ran blood work (came back normal) and administered fluids and anti-nausea/anti-diarrhea meds. Tonight she is mostly back to her old self. Vet says she had a toxic reaction to the flumethrin in the collar. Will be returning it tomorrow!

* * *

 DC

★☆☆☆☆ **TOXIC to my small dog**
Reviewed in the United States on October 14, 2018
Verified Purchase

Buyer beware!!! We have used these for our larger dogs with moderate success and no adverse reactions. So we decided to order the small dog version.... BEWARE!!! Days afterwards our dog started behaving oddly not wanting to listen (we thought), not moving when asked and within 4-7 days his back legs started skipping out from under him, he had a hunched bag, difficulty urinating and started coughing up some white foam. We've taken the collar off and although he still is moving slowly, it's faster than before, all bowel and urinary episodes seem to be controlled and he's back to being alert. NEVER again, wish I could get back the $60 we paid. But I'm just glad I caught the symptoms and started doing some research on adverse side effects.

\* \* \*

 Kristin P.

★☆☆☆☆ **Never ever buy!**
Reviewed in the United States on January 7, 2017
Verified Purchase

Don't buy this for cats and don't buy this for dogs (especially if your dog breed is susceptable to seizures). I just recently tossed both of the collars I bought for my corgis and the one I bought for my cat.

Reason?

Within 2 days time (they've been wearing them since October) my cat became really ill, vomiting, acting funny/lethargic, my elder corgi has been acting mopier than usual and my 2 year old Corgi suffered 2 seizures 7 hours apart in the same day. One small one, one large one that had me very very afraid for his life.

Immidiately I removed the collars from all of my pets and promptly washed them with Dawn before taking my dog to the ER vet. Since then we've had no problems. The cat is back to her rambunctious self, my eldest corgi is acting like the 7 year old he is and my youngest has suffered from no seizures.

His to screens came back negative for toxicity, however, thay doesn't mean that the chemicals in the collar didn't react poorly with him even if they weren't at toxic levels. If you have had and do have these collars on your pets, do pay close attention to them or live through the horrors I just did this week. Also, certainly do not buy them from Amazon, buy them from the pet store or your vet. Even so, I'd NEVER recommend your pet to wear these. Ever. Get trifexis if you can, or if the can't tolerate it, find natural remedies that work.

## <u>Chewy</u>

**My dog has seizures. Some flea meds cannot be used in this situation. What about this one?**

| 7 👍 | We recommend consulting your veterinarian before using this collar to determine whether this may be the right product for your dog. |
| | By chewy on May 28, 2018  |  Report ⚐ |

| 0 👍 | My dog had seizures from flea meds and was not able to tolerate this collar. He didn't seize but he had a significant personality shift when it was put on him (growling, irritated, aggressive). My other dog wearing it didn't bother him... and once we took it off him he was fine. The only thing we were able to find for him that worked was an oral med called Comfortis. |
| | By ILuvCrush on Feb 14, 2021  |  Report ⚐ |

| 0 👍 | My dog has a history of seizures as well. My vet recommended this collar for him. |
| | By LoveMyRescues on Sep 25, 2020  |  Report ⚐ |

\* \* \*

**Where can I find the complete list of side effects?**

| 0 👍 | Individual sensitivities, while rare, may occur after using any pesticide product for pets. Rarely, mild application site reactions may occur, such as scratching, redness and hair loss, which usually recover within 1 to 2 weeks without the need for collar removal. In some cases, a temporary collar r emoval and bathing may be recommended until symptoms have disappeared. In very rare cases, application site reactions such as dermatitis, inflammation, eczema or lesions may occur. In these instances, collar removal is recommended. If signs persist, or become more severe, consult a veterinarian immediately. If your animal is on medication, consult your veterinarian before using this or any other product. |
| | By chewy on Sep 17, 2020  |  Report ⚐ |

\* \* \*

★☆☆☆☆ **Beware Soresto Flea & Tick collar**

By CherylD on Mar 19, 2021

My dog had an adverse reaction to this collar. Lethargy, unsteadiness, and dilated pupils. I spent several weeks trying to figure out what was going on. Took her to multiple vets and had various tests. Collar was removed but it wasn't until a full bath was given did symptoms go away.

## PetSmart

★☆☆☆☆ Mlb3926 · 3 years ago

**Use with caution**

I have a large breed dog and wanted to give this product a try...it made my dog very sick. About two weeks into wearing the collar he became weak, started drooling, was unable to eat or drink water. The collar was the only thing new to him, after removing the collar within a day he was showing a dramatic improvement.

\* \* \*

★☆☆☆☆ Nevena Bo · 11 months ago

**Stay away from this! Ask your vets recommendation**

This collar doesn't work, my dog had 4 ticks on her after a walk. One of them was literally inch away from the collar. I removed ticks but she got so sick we had to take her to emergency and to the vet. And 3 vets on 3 different places told me THE COLLAR DOESN'T WORK! So trusting this collar costed me around $800 and a lots and lots of stress. My dog looked like she is going to die, she wouldn't eat or drink, her stomach got bloated. She had weird sounds when she was breathing, her voice changed, and by the end of the day her back legs were so week she could barely walk... I can't describe how terrifying this was! And all of that happened after ticks bites. She is a small dog, only weighs 7pounds so I guess it affected her more because she is so tiny. I thought that she is protected with this collar. Huge disappointment. Consult your vet ALWAYS, don't fall for fake marketing. I can't believe this product has so many good reviews after what happened to my dog.

## Walmart

★☆☆☆☆ **Nevena Bo** · 11 months ago

**Doesn't work, called 3 vets and all said NO**

This collar doesn't work, my dog had 4 ticks on her after a walk. One of them was literally inch away from the collar. I removed ticks but she got so sick we had to take her to emergency and to the vet. And 3 vets on 3 different places told me THE COLLAR DOESN'T WORK! So trusting this collar costed me around $800 and a lots and lots of stress. My dog looked like she is going to die, she wouldn't eat or drink, her stomach got bloated. She had weird sounds when she was breathing, her voice changed, and by the end of the day her back legs were so week she could barely walk... And all of that happened after ticks bites. She is a small dog, only weighs 7pounds so I guess it affected her more because she is so tiny. I thought that she is protected with this collar. Huge disappointment. Consult your vet ALWAYS, don't fall for fake marketing. I can't believe this product has so many good reviews after what happened to my dog.

Originally posted on Seresto Flea and Tick Collar for Small Dogs

\* \* \*

★ ☆ ☆ ☆ ☆    **Be careful with this product**

August 22, 2020

My vet found a couple fleas on my dog and recommended I get the Seresto flea collar. We didn't have a bad flea problem. Shes bathed and combed regularly and its always worked for us but we gave the collar a try. She had it about a week when she got really lethargic. And she wouldn't eat any of her food. I made her a scrambled egg and she still wouldn't eat. I started looking up reviews and found that a lot of other people had the same issue. I immediately removed the collar. After a few hours she started moving around again and seemed a little better. The next morning she was even better. Shes drinking water and a few bites of food here and there. Im hoping there wont be any long term problems. We will be visiting our vet as soon as we can get in. Im sure he'd like to know about this so he can alter his recommendations.

\* \* \*

★ ☆ ☆ ☆ ☆

October 26, 2018

My one dog passed a couple days after wearing.Starting having seizures.Not sure why.We took off our other dog.

## Petco

★☆☆☆☆ **Belgie** · 3 years ago


**Negative reaction**

I puta Seresto collar on my 17 year old cat, as recommended by my vet because he had a skin reaction , not sure from what , but vet suspected a flea bite. No fleas were found on him , but I listened to the vet and put the collar on. About 2 weeks later he started vomiting, started whining more, as if he was having pain. I took the collar off, I wish somebody told me about this possible side effect.

\* \* \*

★☆☆☆☆ **Leslie25** · 3 years ago

**Be Careful**

I bought this for my 8 year old cat, before putting it on him he was fine and active, acting normal but sadly the next day he passed away. Just be cautious, it was really painful losing him, and I wouldnt wish that on anyone else

\* \* \*

★☆☆☆☆ **vtxman** · 7 years ago

**Seresto Flea Collar ....STAY AWAY!**

The five or six days immediately after we put the collars on our two Poodle mixes, they vomited all over the house. They didn't miss a room! But after that they seem to be ok with the collars. Regarding performance; at this point I'd say that I'd go back to the Frontline or Inteceptor product. Sorry, I could never keep them straight. Although I've not witnessed more fleas or ticks, I have noticed the dogs are more agitated and scratch alot more.

My take.... I will not buy this collar again. I will go back to the green liquid that I apply to their back. I won't waste my time or money on these again.

⊕ **Pros:** Easy to Use
⊖ **Cons:** makes dogs sick for a week after first application,  results are questionable at this time,  dogs are more agitated,  leery or scratching dogs neck

⊗ **No,**  I do not recommend this product.

Originally posted on Seresto Flea and Tick Collar for Small Dogs

\* \* \*

★☆☆☆☆ **toby1789** · 5 years ago

## Seresto Flea & Tick Collar

sorry to say, this product is not for my dogs. My dog Reba got sick from the collar. She was throwing up bile, diarrhea and was lethargic. I took it off . She got better within 24 hours. I won't be putting it on anymore. My other dog had diarrhea only, but I took it off too. What a waste of a lot of money.

Originally posted on Seresto Flea and Tick Collar for Small Dogs

\* \* \*

★☆☆☆☆ **Bearlt142** · 2 years ago


**$200+ Vet Bills**

Two weeks of having the collar my cat lost all the hair on his neck where the collar was resting. Also small sores on his neck. Took him to the vet and cost me around $200 to get him all fixed up.

\* \* \*

★☆☆☆☆ **ERLINE** · 3 years ago         verified purchaser

**Medicated collar too strong**

I bought this a week ago. I have a 7 month old rottweiler and i put this collar on him on a friday night at 6pm. He had his dinner at 8:30 like every night and by the next morning he did not want to eat his food. I knew right away it was probable the collar i said let me give it another day he had no appetite on saturday and was not his usual energetic self so on sunday morning i took the collar off and it took two days for his appetite to return to normal and become his old self again. I think the medication in this collar is too strong. it definitely affected him. I am going to stick to the monthly flea and tick baths instead.



42.     The above consumer comments and reviews also demonstrate that consumers have incurred significant veterinarian costs as a direct result of harm caused to pets by the Class Products.

43.     In fact, a former-EPA section chief, Karen McCormack, stated that the Class Products have the most incidents of any pesticide pet product that she observed during her lengthy career at the EPA, with climbing incidents.[6]

44.     Defendants' labeling and warning for the Class Products misleadingly downplay any risk of the Seresto collar (including its ingredients and components), stating that "Individual sensitivities, while rare, may occur after using ANY pesticide product for pets" and that "As with any pesticide product, do not allow small children to play with the collar or reflectors, or to put them into their mouths." These generic warnings fall far short of adequate, especially where Defendants' marketing of the Class Products is targeted at

---

[6]      *See* Hettinger, *Popular Flea Collar Linked to Almost 1,700 Pet Deaths*, USA Today (Mar. 2, 2020).

laypersons lacking specialized veterinarian knowledge or training.

45.    Defendants did not adequately warn and disclose that the Class Products are unique in that they were, and are, the only end-use pet product using flumethrin (a Bayer-created pesticide), nor did Defendants warn of the associated risks.  As Bayer <u>admitted</u> in the 2014 Materials Safety Data Sheet for Seresto ("MSDS"), under the category of "Acute Dermal Toxicity," flumethrin is "Harmful in contact with skin."   Indeed, an EPA memorandum from September 2019 indicated that over a two-and-half year period (01/16 – 08/19), the self-reported incidents of the flumethrin injuring a human (*i.e.*, pets' owners) totaled almost 1,000 injuries.



Figure 1. Flumethrin Incidents Reported to Main and Aggregate IDS from 2013 to 2018

Of the 19 major severity incidents that were further reviewed, the symptoms most often reported were dermal (n=8) and neurological (n=7).  Note that a patient could exhibit multiple symptoms. Dermal symptoms reported include rash, redness, skin lesions, hives, and pruritus. Neurological symptoms reported include headaches, numbness, tingling and one person reported seizures.

*See* EPA Memo re Flumethrin, at pg. 4 (9/17/19).  For instance, a twelve-year-old boy who slept in bed with a dog wearing the collar was hospitalized due to seizures and vomiting. *See* Hettinger, *Popular Flea Collar Linked to Almost 1,700 Pet Deaths*, USA Today (Mar. 2, 2021). Another consumer left the following review on Walmart in 2017:

★☆☆☆☆   **Anyone else?**

September 14, 2017

Has anyone else had a skin reaction to this? 2 small mulitpoos and so they're constantly on our laps, legs, arms... etc etc. Have a horrible rash since we purchased and put them on. Dr cannot figure it out. HELP

The actual number is certainly higher as not all exposures and injuries would have been reported to the EPA.

46.    Defendants did not adequately warn and disclose the risks associated with a pet that has "individual sensitivity" to the Class Products, how consumers were to discern whether their pets were manifesting "sensitivity" to the Class Products, and what a consumer should do if such "individual sensitivity" manifested (for example, that someone should cease and desist using the product and consult a veterinarian immediately).

47.    Defendants' labeling does not disclose that Type II pyrethroids, which include flumethrin, have been recognized to result in idiosyncratic reactions, including toxic reactions in certain individuals at doses well below the usual threshold of toxicity in the population (*e.g.*, seizures), and that such reactions tend to persist, so pyrethroids should not be used again on an animal that has had a reaction to a pyrethroid.

48.    The Class Products' labeling and warning are also misleading as the only adverse effects expressly addressed are "site reactions" (*e.g.*, dermatitis, inflammation, eczema, or lesions).  No other risks are disclosed, nor are any other warnings provided to consumers, including the risk of death, organ failure, seizures, loss of bodily function, neurological disorders, and other major health incidents, such as those described *supra*. This serious omission is even more concerning in light of the adverse incidents documented by the EPA, which show the Class Products were used in incidents resulting in at least 1,700 pet deaths and 11,500 major or moderate pet injuries (not including tens of thousands more minor injuries), from 2012 through June 2020.

49.    Defendants knew, or should have known, that some pets may be sensitive to

the Class Products' excipient(s).[7] Yet, Defendants failed to provide any warnings or disclosures relating to the Class Products' third toxic ingredient or component. The toxic effects of flumethrin can be potentiated after simultaneous exposure to organo-phosphates or other synthetic pyrethroids. Bayer's 2012 and 2014 MSDSs indicate that, in addition to imidacloprid and flumethrin, Seresto has a third unspecified "Tradesecret" ingredient that Bayer's reference under sections relating to the toxicity of the Class Products. This secret ingredient, which is not disclosed on the Class Products' labeling, is toxic at the following rates: with respect to dermal toxicity, the mystery ingredient indicates for LD50 rabbit: > 5,000 mg/kg; with respect to oral toxicity, it indicates for LD50 rat: 4,640 mg/kg, and with respect to acute toxicity, the "Tradesecret" ingredient indicates LD50 intravenous mouse: 23 mg/kg.

50.    In contrast with the information that Defendants provided to consumers with the Class Products, a June 2016 document indicates that Defendants were aware, or should have been aware, that the Class Products could cause neurological symptoms (*e.g.*, ataxia, convulsions and tremor), and the product should not be used if neurological symptoms manifest after using the Class Products.

51.    On March 17, 2021, the U.S. Congressional Subcommittee on Economic and Consumer Policy requested that Elanco "immediately institute a temporary recall of all Seresto flea and tick collars … following reports that the collars may have killed thousands of pets and may have caused injuries to many more pets as well as humans," citing EPA documents that indicated "Seresto collars were associated with almost 1,700 pet deaths, over

---

[7]    An inactive substance that serves as the vehicle or medium for a drug or other active substance.

75,000 incidents involving harm to pets, and nearly 1,000 incidents involving human harm."[8] The Subcommittee noted that the "packaging for Seresto collars contains no disclaimer warning that the risks of toxicity may be so great that they could possibly be responsible for thousands of pet deaths."[9]

52.    But despite all this evidence, Defendants are in complete denial. As of March 25, Elanco claims "[t]here is no evidence in the scientific evaluation conducted for registration or the regularly reviewed pharmacovigilance data to suggest a recall of Seresto is warranted, nor has one been requested, or even suggested by any regulatory agency. As a result, Elanco continues to stand behind the safety profile of Seresto." www.petbasics.com/our-products/seresto/#additional-resources (last accessed Apr. 15, 2021).

53.    Elanco followed up with consumers who had previously filed incident reports, including with the EPA, *after* the March 2021 report was published by USA Today.

## CLASS ACTION ALLEGATIONS

54.    Plaintiffs bring this action on behalf of themselves, and on behalf of a nationwide class, pursuant to Fed. R. Civ. P. 23(a), 23(b)(2), and/or 23(b)(3); specifically, the following Class and Sub-Class:

Nationwide Class:    All current or former purchasers and users of the Seresto flea and tick collars in the United States (the "Nationwide Class").

New Jersey Sub-Class:  All current or former purchasers and users of the Class Product in New Jersey (the "New Jersey Sub-Class").

West Virginia Sub-Class: All current or former purchasers and users of the Class Product in West Virginia (the "West Virginia Sub-Class").

---

[8]    Available at, https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2021-03-17.RK%20to%20Simmons-Elanco%20re%20Pet%20Collars.pdf (last accessed Apr. 15, 2021).

[9]    *Id.*

55.     Excluded from the Nationwide and Sub-Classes are Defendants, their affiliates, employees, officers and directors, persons or entities that purchased the Class Products, and the Judge(s) assigned to this case.  Plaintiffs reserve the right to modify the Nationwide Class and State Sub-Classes definitions if discovery and/or further investigation reveal that they should be expanded or otherwise modified, including adding additional state sub-classes.

56.     There is a well-defined community of interest in the litigation and the Class is readily ascertainable.

57.     **Numerosity**: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable, as defendants have sold 25 million Seresto collars in the USA.  The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court.  The Class Members are readily identifiable from information and records in defendants' possession, custody, or control; and/or in the possession, custody, or control of Defendants' distributers and retailers.

58.     **Typicality**: The claims of the representative plaintiffs are typical of the claims of the Class in that the representative plaintiffs, like all Class Members, purchased the Class Products distributed by defendants.  The representative plaintiffs, like all Class Members, have been damaged by Defendants' misconduct in that they have incurred, or will incur, the cost of purchasing the Class Products, and/or the cost of medical and related services for harm or injuries attributable to the Class Products. Furthermore, the factual bases of Defendants' misconduct are common to all Class Members and represent a common thread resulting in injury to all Class Members.

59.     **Commonality**: There are numerous questions of law and fact common to

Plaintiff and the Class that predominate over any question affecting only individual Class Members. These common legal and factual issues include the following:

**(A)** Whether the Class Products suffer from safety defects;

**(B)** Whether the safety defects constitute an unreasonable risk;

**(C)** Whether Defendants knew, or should have known, about the defects and, if so, how long Defendants have known of each defect;

**(D)** Whether a defect constitutes a material fact;

**(E)** Whether Defendants have a duty to disclose the defective nature of the Class Product to plaintiffs and class members and whether Defendants should have included additional warnings to consumers;

**(F)** Whether Plaintiff and the other class members are entitled to equitable relief;

**(G)** Whether Defendants knew or reasonably should have known of the defects before it sold the Class Products to the Class Members;

**(H)** Whether Defendants should be declared financially responsible for notifying all class members of the problems with the Class Products and for the costs and expenses of replacing the defective product;

**(I)** Whether Defendants are obligated to inform class members of their right to seek reimbursement for having paid to diagnose and treat injuries or harm related to the Class Products;

**(J)** Whether Defendants violated state consumer protection laws, including in New Jersey;

**(K)** Whether, as a result of Defendants' omissions and/or mis-representations of material facts related to the defects, plaintiffs and Class Members have suffered ascertainable loss of monies, property, and/or value; and

**(L)** Whether plaintiffs and Class Members are entitled to monetary damages and/or other remedies, and if so the nature of any such relief.

60.    **Adequacy**: Plaintiffs will fairly and adequately protect the interests of the Class Members. Plaintiffs have retained attorneys experienced in class actions, including

consumer and product defect class actions, and plaintiffs intend to prosecute this action vigorously.

61.     Plaintiffs and the Class Members have all suffered and will continue to suffer harm and damages as a result of defendants' unlawful and wrongful conduct. A class action is superior to other available methods for the fair and efficient adjudication of the controversy. Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law. Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for defendants' misconduct. Absent a class action, Class Members will continue to incur damages, and defendants' misconduct will continue without remedy. Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

62.     In the alternative, the Class may be certified because:

(A)     The prosecution of separate actions by the individual members of the class would create a risk of inconsistent or varying adjudication with respect to individual class members, which would establish incompatible standards of conduct for Defendants;

(B)     The prosecution of separate actions by individual Class Members would create a risk of adjudications with respect to them that would, as a practical matter, be dispositive of the interests of other Class Members not parties to the adjudications, or substantially impair or impede their ability to protect their interests; and

(C)     Defendants acted or refused to act on grounds generally applicable to the class, thereby making appropriate final and injunctive relief with respect to the members of the class as a whole.

## CLAIMS FOR RELIEF

### COUNT I

**(Breach of Express Warranty)**

63.     Plaintiffs repeat and restate all allegations as if set forth at length herein.

64.     Plaintiffs bring this claim individually and on behalf of the Classes.

65.     Defendants falsely represented and warranted that the Class Products were safe, understating the risks, including but not limited to, the statements and omissions on their labels, warning inserts, and marketing and advertising campaign.  Each of these statements constitutes an affirmation of fact.

66.     Plaintiffs and those similarly situated would not have purchased the Class Products in the absence of these false and misleading representations and warranties, and/or if the true facts had been disclosed.

67.     Defendants' representations and warnings related to the goods and became part of the basis of the bargain between Defendants and Plaintiffs and similarly situated purchasers of the Class Products.

68.     Plaintiffs and members of the Classes purchased Defendants' Seresto products because they relied on and believed that they conformed to the express warranties.

69.     As set forth herein, Defendants' statements concerning the safety, benefits, and ingredients in Defendants' products were incomplete, and thus false and materially misleading.

70.     All conditions precedent to Defendants' liability under the above-referenced contract have been performed by Plaintiffs and the other members of the Classes.

71.     As a result of Defendants' breaches of its express warranties, Plaintiffs and the other members of the Classes were damaged in the amount of the purchase price they paid for Defendants' products, which they would not have otherwise paid, in amounts to be proven at

trial.

72.     Defendants were on notice that the Class Products contained unsafe ingredients or qualities, that the presence of these defects was contrary to and breached Defendants' express warranties, and that Plaintiffs and similarly situated Class Members would be and actually were damaged as a result.

73.     As a proximate result of the breaches of warranties by Defendants, Plaintiffs and the other members of the Classes did not receive goods as warranted.   Among other things, Plaintiffs and the other members of the Classes did not receive the benefit of the bargain and have suffered other injuries and damages as detailed herein.

74.     Had Plaintiffs and the members of the Classes known the true facts, they would not have purchased the Class Products.

**COUNT II**

**(Breach of Implied Warranty of Merchantability
and Fitness for a Particular Purpose)**

75.     Plaintiff repeats and restates all allegations as if set forth at length herein.

76.     Plaintiffs brings this claim individually and on behalf of the Classes.

77.     Defendants knew that the purpose for which consumers purchased the Class Products was to provide safe flea and tick treatment to their pets, without exposing their pets to a risk of death or injury.

78.     Defendants knew that Plaintiffs and similarly situated consumers trusted and relied on the accuracy of the marketing and labeling for Defendants' Seresto products, and that Defendants were supplying products safe and suitable for use by pets.

79.     Plaintiffs and members of the Classes and Subclasses reliance on Defendants to not include unsafe ingredients, such as unsafe levels of flumethrin, or excessive exposure to

powerful pesticides; had they known, or even suspected, that Defendants' products contain or release unsafe levels of pesticides, they would not have purchased or used the Class Products.

80.    Plaintiffs and members of the Classes were injured because Defendants' products were not fit for the particular purpose for which they were purchased, namely, to provide safe flea and tick treatment without unreasonable risk to the pets and/or their owners.

81.    As a proximate result of the breach of implied warranties by defendants, Plaintiffs and the other members of the Classes did not receive merchantable goods that were fit for their intended purpose.  Among other things, Plaintiffs and members of the Classes did not receive the benefit of the bargain and have suffered other injuries and damages as detailed above.  Had Plaintiffs and the members of the Classes known the true facts, they would not have purchased the Class Products.

## COUNT III

### (Negligent Misrepresentation)

82.    Plaintiffs repeat and restate all allegations as if set forth at length herein.

83.    Plaintiffs bring this claim individually and on behalf of the Classes.

84.    Defendants owed a duty to Plaintiffs and the Classes to exercise reasonable and ordinary care in the formulation, design, testing, manufacture, packaging, labeling, marketing, advertising, promotion, distribution, and sale of its Seresto products.

85.    Defendants breached its duties to Plaintiffs and the Classes in designing, testing, formulating, manufacturing, packaging, labeling, marketing, advertising, promoting, distribution, and sale of the Class Products to Plaintiffs and the Classes because the Class Products are unsafe. Defendants provided inaccurate and materially misleading information as to the ingredients, qualities, characteristics, and/or suitability of its products, and Defendants failed to remove the subject products from the marketplace or to take other appropriate remedial action to protect the

safety and health of pets and pet owners (including children interacting with their pets) that Defendants knew the Class Products containing unsafe levels of flumethrin, or release an unsafe amounts of the products' ingredients.

86.     Defendants knew or should have known that the ingredients, qualities, and characteristics of the Class Products were not as represented, marketed, advertised, or promoted, that they were not suitable for their intended use, and were otherwise not as warranted and represented by Defendants.

87.     As a direct and proximate result of Defendants' aforesaid conduct, Plaintiffs and the Classes have suffered actual damages in that they purchased Defendants' products that presented an unreasonable risk of harm, and that were thus worthless.  Plaintiffs and the similarly situated members of the Classes would not have purchased the products at all in the absence of the misrepresentations catalogued herein, and/or if they had been provided accurate information, including that the products contained, or were at risk of containing, unsafe levels of pesticide, and/or released the pesticides at an unsafe rate or manner.

## COUNT IV

**(Violation of the New Jersey Consumer
Fraud Act, N.J.S.A. 56: 8-1 *et seq.*)**

88.     Plaintiffs repeat and restate all allegations as if set forth at length herein.

89.     Plaintiffs bring this claim individually and on behalf of the Classes.

90.     Plaintiffs and other class members purchased Class Products for personal purposes.

91.     The New Jersey Consumer Fraud Act prohibits, *inter alia*:

> The act, use or employment by any person of any unconscionable commercial practice, deception, fraud, false pretense, false promise, misrepresentation, or the knowing concealment, suppression, or omission of any material fact with intent that others

rely upon such concealment, suppression, or omission, in connection with the sale or advertisement of any merchandise....

*See* N.J.S.A. 56:8-2.

92.     Defendants' misrepresentations and false, deceptive, and misleading statements and omissions with respect to the unsafe defects in Defendants' products, as described herein, constitute affirmative misrepresentations and omissions in connection with the marketing, advertising, promotion, and sale of Class Products in violation of the New Jersey Consumer Fraud Act.

93.     Defendants' false, deceptive, and misleading statements and omissions were and would have been material to any potential consumer's decision to purchase Defendants' Class Products.

94.     Defendants failed to inform consumers that Defendants' Class Products contained unsafe ingredients or released ingredients in an unsafe manner.  That information would have been material to any consumer deciding whether to purchase Defendants' Class Products.

95.     Defendants made these false, deceptive, and misleading statements and omissions with the knowledge and/or intent that consumers rely upon such statements, and Plaintiffs and similarly situated Class Members did rely on such statements and omissions.

96.     Upon information and belief, Bayer's misrepresentations and omissions were created, approved, and implemented from its New Jersey headquarters.

97.     And those misrepresentations and omissions were adopted by Elanco when it acquired the Class Products.

98.     Plaintiffs and the other members of the Classes suffered an ascertainable loss as a direct and proximate result of Defendants' actions in violation of the New Jersey Consumer Fraud Act.

99.     Because of Defendants' wrongful actions, Plaintiffs and the other members of the Class suffered an ascertainable monetary loss based on and measured by the price they paid for Defendants' Class Products, which they would not have paid in the absence of the aforesaid wrongdoing.

100.    Plaintiffs and other members of the Class suffered an ascertainable loss caused by Defendants' misrepresentations and omissions because they would not have purchased Defendants' Seresto collars if the true facts concerning unsafe qualities had been known.

101.    Defendant's sale of Class Products containing unsafe qualities for use by pets was unconscionable, and the misrepresentations and omissions it made with regard to Defendants Class Products were made for the sole purpose of inducing consumers to purchase Defendants' Class Products to use their product irrespective of any health consequences.   Defendants' conduct was intentional, wanton, willful, malicious, and in blatant disregard of, or grossly negligent and reckless with respect to, the life, health, safety, and well-being of pets using the Class Products.  Defendants are therefore liable for treble damages and punitive damages, in an amount to be determined at trial.

102.    By reason of the foregoing, Defendants are liable to Plaintiffs and the other members of the Class for trebled compensatory damages, punitive damages, attorneys' fees, and the costs of this suit.  N.J.S.A. 56:8-2.11, 8-2.12, 8-19.

## COUNT V

**(Violation of the West Virginia Consumer Credit and
Protection Act, W. Va. Code §§ 46A-6-101, *et seq*.)**

103.    Plaintiffs repeat and restate all allegations as if set forth at length herein.

104.    Plaintiffs bring this claim individually and on behalf of the Classes.

105.    Plaintiffs and other class members purchased Class Products for personal purposes.

106.    Defendants' misrepresentations and false, deceptive, and misleading statements and omissions with respect to the unsafe defects in Defendants' products, as described herein, constitute affirmative misrepresentations and omissions in connection with the marketing, advertising, promotion, and sale of Class Products in violation of the West Virginia Consumer Credit and Protection Act.

107.    Defendants' false, deceptive, and misleading statements and omissions were and would have been material to any potential consumer's decision to purchase Class Products.

108.    Defendants failed to inform consumers that Defendants' Class Products contained unsafe ingredients or released ingredients in an unsafe manner.  That information would have been material to any consumer deciding whether to purchase Defendants' Class Products.

109.    Defendants made these false, deceptive and misleading statements and omissions with the intent that consumers rely upon such statements, and Plaintiffs and similarly situated class members did rely on such statements and omissions.

110.    Defendants' conduct was fraudulent and deceptive because the misrepresentations and omissions caused a likelihood of confusion or misunderstanding, and in fact did deceive reasonable consumers including Plaintiffs.

111.    Defendants owed Plaintiffs and  Class Members a duty to disclose safety information and defects because they were known and/or accessible exclusively to Defendants who had exclusive and superior knowledge of the facts.

112.    Plaintiffs and the other members of the Classes suffered an ascertainable loss as a direct and proximate result of Defendants' actions in violation of the West Virginia Consumer

Credit and Protection Act.

113.    Because of Defendants' wrongful actions, Plaintiffs and the other members of the Class suffered an ascertainable monetary loss based on and measured by the price they paid for Defendants' Class Products, which they would not have paid in the absence of the aforesaid wrongdoing.

114.    Plaintiffs and other members of the Class suffered an ascertainable loss caused by Defendants' misrepresentations and omissions because they would not have purchased Defendants' Seresto collars if the true facts concerning unsafe qualities had been known.

115.    Defendant's sale of Class Products containing unsafe qualities for use by pets was unconscionable, and the misrepresentations and omissions it made with regard to Defendants Class Products were made for the sole purpose of inducing consumers to purchase Defendants' Class Products to use their product irrespective of any health consequences.  Defendants' conduct was intentional, wanton, willful, malicious, and in blatant disregard of, or grossly negligent and reckless with respect to, the life, health, safety, and well-being of pets using the Class Products.  Defendants are therefore liable for punitive damages, in an amount to be determined at trial.

116.    By reason of the foregoing, Defendants are liable to Plaintiffs and the other members of the Class for trebled compensatory damages, punitive damages, attorneys' fees, and the costs of this suit.

## **COUNT VI**

### **(Fraud)**

117.    Plaintiffs repeat and restate all allegations as if set forth at length herein.

118.    Plaintiffs bring this claim individually and on behalf of the Classes.

119.    Defendants made material misrepresentations and omissions concerning a presently existing or past fact.  Defendants knowingly and/or intentionally failed to fully and truthfully disclose the Class Products' safety risks and defects to Plaintiffs and similarly situated consumers, which were not readily discoverable until the March 2021 public reports. As a result, Plaintiffs and the other members of the Classes relied on the false and misleading information provided by Defendants and were thus fraudulently induced to purchase Defendants' Class Products.

120.    Defendants' affirmative misrepresentations and omissions were made by Defendants with knowledge of their falsity, and with the intent that Plaintiffs and other members of the Classes would rely on them. Defendants omitted material safety information in the sale of the Class Products.

121.    Plaintiffs and other members of the Classes reasonably relied on these statements and omissions and suffered damages as a result.

### COUNT VII

### (Unjust Enrichment)

122.    Plaintiffs repeat and restate all allegations as if set forth at length herein.

123.    Plaintiffs bring this claim individually and on behalf of the Classes.

124.    This cause of action is pled in the alternative to the other claims.

125.    Plaintiffs and those similarly situated conferred a tangible economic benefit upon Defendants by purchasing Defendants' Class Products.  Plaintiffs and those similarly situated would not have purchased Defendants' Class Products had they known that they contained unsafe qualities.

126.    By engaging in the conduct described above, Defendants were unjustly enriched

and received a benefit beyond what was contemplated by the parties, at the expense of Plaintiffs and those similarly situated.

127.    It would be unjust and inequitable for Defendants to retain the payments Plaintiffs and those similarly situated made for the Defendants' Seresto collars.

128.    By reason of the foregoing, Defendants are liable to Plaintiffs and members of the Classes for the damages that they have suffered as a result of Defendants' actions, the amount of which shall be determined at trial.

## COUNT VIII

### (Breach of the Duty of Good Faith & Fair Dealing)

129.    Plaintiff and the Classes incorporate by reference all paragraphs as though fully set forth at length herein.

130.    Every contract in New Jersey contains an implied covenant of good faith and fair dealing.  The implied covenant of good faith and fair dealing is an independent duty and may be breached even if there is no breach of a contract's express terms.

131.    Defendants breached the covenant of good faith and fair dealing by, *inter alia*, failing to notify Plaintiffs and Class Members of the unsafe qualities and true risks of the Class Products.

132.    Defendants acted in bad faith and/or with an unlawful motive to deny Plaintiffs and Class Members some benefit of the bargain originally intended by the parties, thereby causing them injuries in an amount to be determined at trial.

## COUNT IX

### (Failure to Recall or Retrofit)

133.    Plaintiff and the Classes incorporate by reference all paragraphs as though fully set forth at length herein.

134.    At all times relevant, Defendants distributed, advertised, marketed, promoted, and sold the Class Products to consumers in New Jersey and nationwide.

135.    At all times herein, Defendants had a continuing duty to recall, or modify (retrofit), the Class Products from consumers.

136.    As set forth more fully above, at all relevant times, Defendants knew, or reasonably should have known, that the Class Products were not fit for use in a reasonably foreseeable manner without disclosure of the true risks and characteristics of the Class Products.

137.    Indeed, Defendants were or should have been aware of the adverse outcomes related to the Class Products; however, despite this knowledge, Defendants continued to import, distribute, and sell the Class Products for years to consumers across the United States, including in New Jersey.

138.    Moreover, even though Defendants were aware of harm caused by the Class Products, Elanco has refused to recall or retrofit the Class Products.  Rather, Defendants have continued to conceal the safety risk that the Class Products pose to the pets of the class members, if not to the owners themselves.

139.    In failing to recall or retrofit the Class Products, including a proper warning and disclosure of the risks posed to consumers, Defendants have failed to act as a reasonable importer, distributor or seller would under the same or similar circumstances and failed to exercise reasonable care.

140.    As a result, Plaintiff and class members have suffered actual damages or injury; the Class Products are unsafe and unfit for normal use.

141.    Defendants' failure to recall or retrofit the Class Products is a substantial factor in causing harm to Plaintiff and class members.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs, on behalf of themselves and members of the Class, respectfully request that this Court:

**a.**    Issue an order certifying the proposed Nationwide Class and/or State Sub-Classes, designating Plaintiffs as named representative(s) of the Classes, and designating the undersigned as Class Counsel;

**b.**    Declare that Defendants are financially responsible for notifying all Class Members about the defective nature of the Class Products, recalling the same and/or providing complete and accurate warnings and disclosure regarding the products' risks and reimbursing Class Members for their harms, including the cost of the Class Products and expenses related to any harm caused by the Class Products, including but not limited to, veterinarian expenses;

**c.**    Enjoin Defendants from further deceptive distribution, sales, and advertising with respect to Class Products;

**d.**    Require Defendants to comply with the various provisions of the consumer protection statutes of New Jersey, West Virginia and any other applicable jurisdiction, and to make all the required disclosures;

**e.**    Award Plaintiffs and the Class compensatory, exemplary, treble, punitive and statutory damages, including interest, in an amount to be proven at trial;

**f.**    Declare that Defendants must disgorge, for the benefit of the Class, all or part of the ill-gotten profits it received from the sale of the Class Products, or make full restitution to Plaintiffs and Class Members;

**g.**    Issue an award of attorneys' fees and costs, as allowed by law and/or the statutes;

**h.**    Issue an award of pre-judgment and post-judgment interest, as provided by law;

**i.**    Grant leave to amend the Complaint to conform to the evidence produced at trial; and

**j.**    Award such other relief as may be appropriate under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all claims and issues so triable.

By:    *s/ David M. Estes*

David M. Estes, Esq.
**MAZIE SLATER KATZ & FREEMAN, LLC**
103 Eisenhower Parkway
Roseland, New Jersey 07068
T: (973) 228-9898
F: (973) 228-0303

By:    s/ Brian R. Morrison

Brian R. Morrison, Esq.
Ariana J. Tadler, Esq.
**TADLER LAW LLP**
1 Penn Plaza
New York, NY 10119
T: (646) 924-1040
Dated:  April 15, 2021        F: (212) 868-1229

## LOCAL CIVIL RULE 11.2 CERTIFICATION

I hereby further certify that to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding, other than a case in the Southern District of Florida (Case No. 9:21-cv-80689) and a case in the Central District of California (Case No. 2:21-cv-2506).

**MAZIE SLATER KATZ & FREEMAN, LLC**

*s/ David M. Estes*
DAVID M. ESTES

**TADLER LAW LLP**

s/ Brian R. Morrison
Dated:  April 15, 2021        BRIAN R. MORRISON